DISCIPLINARY COUNSEL *v*. ATKINS.

[Cite as *Disciplinary Counsel v. Atkins*, ___ Ohio St.3d ___, 2022-Ohio-1651.]

(No. 2020-1335—Submitted April 19, 2022—Decided May 18, 2022.)

ON APPLICATION FOR REINSTATEMENT.

————————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, James Benjamin Atkins, Attorney Registration No. 0093208, last known business address in Buffalo, West Virginia.

{¶ 2} The court coming now to consider its order of December 10, 2020, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent from the practice of law for a period of nine months, finds that respondent has complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 5} For previous case, see *Disciplinary Counsel v. Atkins*, 161 Ohio St.3d 1260, 2020-Ohio-5612, 163 N.E.3d 607.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

————————————